UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LENSDIGITAL, LLC,

Plaintiff,

v.

JASON EARL RIFE,

Defendant.

Case No.: 3:23-cv-20530-RK-TJB

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Lippes Mathias LLP, by Sean M. O'Brien, Esq., hereby enters appearance in these proceedings as counsel of record for Defendant Jason Earl Rife and requests that all papers, pleadings, notices, orders and other related documents in these proceedings be served upon the undersigned.

Dated: November 20, 2023

**LIPPES MATHIAS LLP**

s/ Sean M. O'Brien
Sean M. O'Brien, Esq.
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: sobrien@lippes.com

*Attorneys for Defendant*