# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LENSDIGITAL, LLC,

      Plaintiff,

vs.                                               Case No. 3:24-cv-798-MMH-LLL

JASON EARL RIFE,

      Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. Plaintiff initiated this action on October 20, 2023, by filing a seven-count Complaint (Doc. 1) in the District of New Jersey. On August 6, 2024, the district court in New Jersey entered an order transferring the matter to the Middle District of Florida. See Order Transferring Case to the United States District Court for the Middle District of Florida (Doc. 23). Upon review, the Court struck the Complaint as an impermissible shotgun pleading and directed Plaintiff to file a corrected complaint. See Order (Doc. 29; Shotgun Order), entered August 7, 2024. The Court also noted that "counsel should review the typography requirements applicable in this Court . . . ." Id. at 3 n.1.

On August 21, 2024, Plaintiff filed its Amended Complaint (Doc. 33). Upon review, the Court finds that the Amended Complaint remains an

impermissible shotgun pleading in that Counts II and III reincorporate all preceding paragraphs, including the allegations of the preceding counts. See Amended Complaint ¶¶ 43, 52. As previously explained, this is a quintessential shotgun pleading. See Order at 1; see also Weiland v. Palm Beach Cnty. Sheriff's Office, 792 F.3d 1313, 1321 & n.11 (11th Cir. 2015) ("The most common type [of shotgun pleading] is a complaint containing multiple counts where <u>each count adopts the allegations of all preceding counts</u>, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint." (emphasis added)); Barmapov v. Amuial, 986 F.3d 1321, 1324-25 (11th Cir. 2021). The filing also fails to comply with the typography requirements set forth in Local Rule 1.08 of the Local Rules for the United States District Court, Middle District of Florida. As such, the Court will strike the Amended Complaint and direct counsel to carefully review the Shotgun Order, the authority cited therein, and the Local Rules of this Court. The Court will allow Plaintiff <u>one final opportunity</u> to file a proper complaint that complies with the pleading rules. Failure to file a proper second amended complaint will result in the dismissal of this action. Accordingly, it is

**ORDERED:**

1. Plaintiff's Amended Complaint (Doc. 33) is **STRICKEN**.

2. Plaintiff's counsel is directed to review the Order (Doc. 29) entered August 7, 2024, the authority cited therein, and the Local Rules of this Court.

3. Plaintiff shall have up to and including **September 12, 2024**, to file a proper complaint that complies with the pleading rules.

**DONE AND ORDERED** in Jacksonville, Florida, on August 22, 2024.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies:

Pro Se Parties
Counsel of Record

3