UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LENSDIGITAL, LLC,

  Plaintiff/Counterclaim Defendant,

vs.                                              Case No. 3:24-cv-798-MMH-LLL

JER CUSTOM DESIGNS, INC. and
JASON EARL RIFE,

  Defendants/Counterclaim Plaintiffs,

and

ENGRAVING MACHINES PLUS
CORP., et al.,

  Counterclaim Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Counter-Defendants' Motion to Partially Dismiss Plaintiffs' Counterclaims (Doc. 113; Motion) filed on September 12, 2025. Upon review of the Motion, it appears that the certification included pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), is deficient. See Motion at 15. Specifically, the certification fails to indicate Counterclaim Plaintiffs' position on the relief sought in the Motion. See id. Instead, it confusingly states that "counsel did not consent to Counter-Defendants' request

to amend." See id. The Motion does not include a request to amend. See generally id. As such, the Court will require the moving parties to file a supplement: (1) certifying that they have conferred with Counterclaim Plaintiffs on the Motion, (2) indicating whether Counterclaim Plaintiffs agree on the resolution of the Motion, and (3) if the Motion is opposed, explaining the means by which the conference occurred, as Local Rule 3.01(g) requires. Accordingly, it is

**ORDERED:**

Counterclaim Defendants, MyCup.io LLC; LensDigital, LLC; Robin Faro; Jason Montello; Lobo Designs, LLC; and Stanley Altshuller, are **DIRECTED** to file a supplement to the Motion to Partially Dismiss Plaintiffs' Counterclaims (Doc. 113) with the requisite Local Rule 3.01(g) Certification on or before **September 25, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of September, 2025.

MARCIA MORALES HOWARD
United States District Judge

Lc35
Copies to:
Counsel of Record